Case 2:19-mj-00383-DUTY   Document 3   Filed 03/08/19   Page 1 of 1   Page ID #:139
Case 2:19-mj-00383-DUTY *SEALED*  Document 1-1 *SEALED*  Filed 02/08/19  Page 2 of 35
Page ID #:36

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2716360 | Date and time warrant executed:<br>2/13/19 7:02 Am | Copy of warrant and inventory left with:<br>Adan Tapia, Jr. |

Inventory made in the presence of:
Adan Tapia, Jr.

Inventory of the property taken and name of any person(s) seized:

See attached search warrant inventory.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/13/19

_____
Executing officer's signature

Gabrielle Banovac, U.S Postal Inspector
*Printed name and title*